# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>vs.<br><br>Shanequea D. Rothschild,<br>Defendant, | Report #: 326-2023-MPC055<br><br>Criminal No.:<br>Date:  9/17/2023<br>**Information**<br>Violation: Title 18 U.S.C. §13,<br>incorporating K.S.A. 8-262 |

The United States Attorney charges that:

On or about September 17, 2023, at Fort Leavenworth, Kansas, which is within the special maritime and territorial jurisdiction of the United States and the District of Kansas, Defendant,

**SHANEQUEA D. ROTHSCHILD,**

COUNT I

did, operate a motor vehicle while her license was suspended/revoked, in violation of, Title 18, United States Code Section 13, incorporating K.S.A. 8-262. (Class B Misdemeanor)

KATE E. BRUBACHER
United States Attorney
District of Kansas

*Brandon R Truss*
BRANDON R. TRUSS
Special Assistant United States Attorney

The court has reviewed the above information and the documentation attached thereto and finds from them that probable cause has been shown to permit the filing of the information.

Filed _____

_____
U.S. Magistrate Judge